JOSEPH WELK, Respondent, *v.* JACKSON ARCHITECTURAL IRON WORKS, Appellant, Impleaded with Another.

*Welk* v. *Jackson Architectural Iron Works*, 98 App. Div. 247, reversed.
(Argued January 22, 1906; decided February 6, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

November 18, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frank Verner Johnson* for appellant.

*Charles Caldwell* for respondent.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinion of WOODWARD, J., below.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN and EDWARD T. BARTLETT, JJ.; WERNER, J., concurs in result on the ground that the structure in question was a scaffold, but not completed, and that plaintiff's participation in the erection thereof precluded his recovery.   Dissenting: HISCOCK and CHASE, JJ.